UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEFAN GERNETH and AMY AUSTRA-GERNETH,<br><br>               Plaintiffs,<br><br>    v.<br><br>EAST UNION TOWNSHIP, et al.<br><br>              Defendants. | CIVIL ACTION NO. 3:25-CV-00815<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW**, this 3rd day of July, 2025, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Plaintiffs' motion for a preliminary injunction (Doc. 3) is **GRANTED.**

                                                  BY THE COURT:

                                                  *s/ Karoline Mehalchick*
                                                  **KAROLINE MEHALCHICK**
                                                  **United States District Judge**